UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
2004 FEB 24 A 11: 21
DISTRICT COURT
DISTRICT OF MASS.

ADILSON PIRES,
       PETITIONER,

V.

COMMONWEALTH OF MASSACHUSETTS
       RESPONDENT

NOTICE OF MOTION TO FILE A MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C § 2244 BY A PRISONER IN CUSTODY

SIRS,

    PLEASE TAKE NOTICE, THAT, ADILSON PIRES, THE PLAINTIFF, WILL MOVE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, AT A TIME AND

PLACE, DATE SET BY THE COURT, TO ISSUE AN ORDER GRANTING THE MOTION LISTED BELOW

## MOTION

THE PLAINTIFF, ASKS THIS COURT PURSUANT TO THE FIFTH, SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, FEDERAL RULES OF CRIMINAL AND CIVIL PROCEDURES, AND ALL OTHER APPLICABLE STATUTES, CASE LAW AND LOCAL RULES, HEREBY MOVES THIS COURT FOR AN ORDER.

THIS MOTION IS BASED UPON THE INSTANT MOTION AND NOTICE OF MOTION, THE ATTACHED STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES.

DATED: 2-20-04

RESPECTFULLY SUBMITTED,
ADILSON PIRES
PCCF,
26 LONG POND ROAD,
PLYMOUTH, MA. 02360.

*Adilson Pires*