UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
ADILSON PIRES          :
      Petitioner      :
                       :
      v.               :
                       :
COMM. OF MASSACHUSETTS :
      Respondent      :
```

## DECLARATION IN SUPPORT OF MOTION

I, ADILSON PIRES, THE PETITIONER PRO SE DO DECLARE UNDER THE PAINS AND PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT THAT:—

1. I AM ADILSON PIRES, THE PETITIONER IN THE ABOVE CAPTIONED CASE.

2. THAT, I PLED GUILTY TO THIS CASE. I DID NOT FULLY UNDERSTAND WHAT I WAS DOING.

3. THAT, THE DRUGS THAT I HAD ON ME WERE

MY OWN DRUGS FOR PERSONAL USE.

4. THAT, I DID NOT UNDERSTAND I WAS PLEADING GUILTY TO INTENDING TO DISTRIBUTE THE ONE BAG OF MARIJUANA.

5. THAT, I THOUGHT I HAD DERIVATIVE CITIZENSHIP (THRU COUNSEL) FROM MY FATHER WHO BROUGHT ME TO THIS COUNTRY BECAUSE I WAS UNDER EIGHTEEN WHEN HE BECAME A CITIZEN.

6. THAT, BECAUSE MY LAWYER DID NOT EXPLAIN TO ME THAT, BOTH MY PARENTS WILL HAVE TO BE U.S. CITIZENS FOR ME TO BECOME A CITIZEN.

7. THAT, BASED ON THIS ~~LACK OF~~, I PLED GUILTY TO THIS CASE OF POSSESSING ONE BAG OF MARIJUANA.

6. I DID NOT REALIZE THAT I WOULD BE DEPORTED, SINCE THRU COUNSEL, I THOUGHT I WAS A U.S. CITIZEN THRU MY FATHER'S CITIZENSHIP.

7. HAD MY LAWYER EXPLAINED TO ME THAT, I DID ~~IMMIG WAS~~ NOT DERIVE CITIZENSHIP FROM MY FATHER. I WOULD HAVE ACTED DIFFERENTLY.

8. THAT, BASED ON MY LAWYERS ADVICE I PLEADED UNINTELLIGENTLY TO THIS CASE.

9. THAT, BASED ON MY LAWYERS INEFFECTIVENESS, I HAD IMMIGRATION PROBLEMS.

DATED: 2·20·04
PLYMOUTH, MA. 02360

RESPECTFULLY SUBMITTED
ADILSON PIRES.
PCCF,
26 LONG POND ROAD.

*Adilson Pires*