```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


ADILSON PIRES,                   )
                                 )
          Petitioner,            )
                                 ) Civil Action No. 04-10377-RCL
     v.                          )
                                 )
COMMONWEALTH OF MASSACHUSETTS,   )
                                 )
          Respondent.            )
```

**MEMORANDUM AND ORDER**

On February 24, 2004, petitioner Adilson Pires filed a "Notice Of Motion To File A Motion To Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2244 By A Prisoner in Custody" and various supporting papers.  Petitioner did not submit the $5 filing fee for this habeas corpus action, nor did he submit an application to waive prepayment of the filing fee.

A party filing an action in this Court must either (1) pay the $5.00 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees.  See Fee Schedule for the District of Massachusetts; 28 U.S.C. § 1914(a) (fees); 28 U.S.C. § 1915 (proceedings in forma pauperis).  Petitioner is directed to submit either the $5 filing fee or a completed application to proceed without prepayment of fees within 35 days of receipt of this Order, or

1

this action will be dismissed without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this 5th day of April, 2004.

                                                                     s/ Reginald C. Lindsay  
                                        UNITED STATES DISTRICT JUDGE