UNITED DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MASSACHUSETTS

File: A _04-10377-RCL_

In the Matter of                )
                                )    APPLICATION FOR WAIVER OF
                                )    FILING FEE, SUPPORTING
_ADILSON PIRES_                 )    DOCUMENTATION AND ORDER
                                )
                                )

I, _Adilson Pires_, am Respondent/Applicant in the above entitled case. In support of my motion to proceed without being required to pay the filing fee for my _habeas corpus_ application, I state that because of my financial status, I am unable to pay the filing fees. I believe that I am entitled to relief. See, 8 CFR 103.7(c).

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary or wages per month, and give the name and address of your employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE IN CUSTODY.

_I am currently in costody of the INS. So I have no salary or wages per month._

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment AND amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE IN CUSTODY. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

_last date employment was around ~~1999~~ Febuary of 1999. I only worked for a week or two and I received about $250.00_

3. Do you own any cash or do you have money in a checking or savings account?

YES _✓_    NO _____  (Include any funds in prison accounts)

If the answer is YES, state the total value owned:

484

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothes)?

   YES ____    NO ✓

If the answer is YES, describe the property and state its approximate value:

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support at the present time.

   I have a younger sister who is a single parent. Right now I don't contribute nothing to my nephew. But I would love to get a chance too.

6. State any special financial circumstances which this Court should consider in this application:

   I only have my parents to depend on. I've never worked a month in my life. My parents been helping me but I've been so much of a burden on them that I don't want to ask for to much.

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __April__, 20_04_.

_____
(Signature)

ORDER OF COURT

The application is hereby DENIED.

The application to waive the filing fee is hereby GRANTED. Let the Respondent/Applicant proceed without prepayment of the filing fee.

_____  _____    _____  _____
Immigration Judge   Date      Immigration Judge   Date