UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON PIRES, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 04-10377-RCL |
| v. | ) |
| | ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) |
| | ) |
| Respondent. | ) |

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒   GRANTED.

☐   DENIED for the following reason(s):

☐   The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐   The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 5/3/04                                                         s/ Reginald C. Lindsay
DATE                                                            UNITED STATES DISTRICT JUDGE