UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

  Adilson Pires        ,

                              Petitioner,


                 v.                              Civil Action No.  04-10377-RCL

Commonwealth of Massachusetts,
                              Respondent.


O R D E R

On February 24, 2004, petitioner Adilson Pires, who is currently confined at Plymouth County Correctional Facility submitted a "Notice Of Motion To File A Motion To Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2244 By A Prisoner in Custody" and various supporting papers.  Petitioner's application to proceed without prepayment of fees was granted on May 3, 2004.  Because petitioner apparently seeks to challenge a Massachusetts state court conviction, the Court will construe the petition as having been filed pursuant to 28 U.S.C. § 2254.

Accordingly, it is hereby ORDERED that pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Joseph F. McDonough, Sheriff, Plymouth County Correctional Facility, 26 Long Pond Road Plymouth, MA  02360 ; AND (2) Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, Massachusetts, 02108;

It is FURTHER ORDERED that Respondent shall, within 28 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

It is FURTHER ORDERED, that Respondent shall, as part of the return, file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition


SO ORDERED.


 8/5/04                           s/ Reginald C. Lindsay           
  DATE                           UNITED STATES DISTRICT JUDGE