UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADILSON PIRES,<br><br>    Petitioner,<br><br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS<br><br>    Respondent. | Civil Action No. 04-10377-RCL |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE
PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS**

    The respondent, Commonwealth of Massachusetts, hereby respectfully requests that this Court grant it an enlargement of time within which it must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of thirty days, up to and including October 12, 2004.[1]  In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by September 10, 2004.  The undersigned assistant attorney general is awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition, particularly with respect to the question of whether the petitioner's claim is exhausted.

---

[1] October 12th is the first business day after the expiration of the thirty-day period requested in this motion.

WHEREFORE, the respondent respectfully requests that this Court grant it until October 12, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

          Respectfully submitted,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          _____
          Maura D. McLaughlin (BBO #634923)
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, MA 02108
          (617) 727-2200, ext. 2857

Dated: September 10, 2004

## Certificate of Service

    I hereby certify that on September 10, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Adilson Pires, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, Massachusetts 02360.

          _____
          Maura D. McLaughlin