UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    FILED
                                 IN CLERK'S OFFICE

                                 2004 OCT 13  P 4: 16

                                 U.S. DISTRICT COURT
                                 DISTRICT OF MASS.
```

|  |  |
|---|---|
| ADILSON PIRES, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-10377-RCL |
| COMMONWEALTH OF MASSACHUSETTS | ) |
| Respondent. | ) |

## RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, Commonwealth of Massachusetts, respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Adilson Pires, on the grounds that the petition fails to state a claim upon which relief may be granted. In support of this motion, and as is set forth more fully in the accompanying memorandum of law, the respondent states that the petitioner never advanced a claim of ineffective assistance of counsel in the state court proceedings, nor did he present the constitutional nature of any such claim to the Massachusetts Supreme Judicial Court. The petitioner has, therefore, failed to exhaust the claim stated in his petition for a writ of habeas corpus. Because the petitioner has not yet provided the state's highest court with the first opportunity to pass on the merits of his claim, the petition should be dismissed. 28 U.S.C. § 2254(b)-(c); *Rose v. Lundy*, 455 U.S. 509, 510 (1982).[1]

---

[1] Respondent's remaining defenses are not addressed here because the doctrine of

(continued...)

WHEREFORE, the respondent respectfully requests that this Court dismiss this habeas petition on the grounds that the claim in the petition is unexhausted.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Maura D. McLaughlin (BBO #634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2857

Dated: October 13, 2004

### Certificate of Service

I hereby certify that on October 13, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Adilson Pires, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, Massachusetts 02360.

_____
Maura D. McLaughlin

---

[1] (...continued)
exhaustion mandates dismissal of the petition. In the event that this Court declines to dismiss the petition due to failure to exhaust, the respondent reserves the right, and requests the opportunity, to file an answer and assert all other applicable defenses.