UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 13  P 4: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

ADILSON PIRES,                )
                              )
        Petitioner,            )
                              )
v.                            )   Civil Action No. 04-10377-RCL
                              )
COMMONWEALTH OF               )
MASSACHUSETTS                 )
                              )
        Respondent.            )

## ANSWER AND AFFIRMATIVE DEFENSES

The respondent, the Commonwealth of Massachusetts, hereby responds to the petitioner's petition for a writ of habeas corpus as follows:

Since the petitioner did not submit a petition that complies with Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent cannot answer in the usual form of responding to numbered paragraphs. The respondent admits those allegations in the petition which have been found by the state court in the state court criminal proceedings. The respondent generally denies, however, the remaining allegations in the petition, and denies that the petition sets forth a claim upon which relief may be granted.[1]

AS A FURTHER ANSWER to the petition for a writ of habeas corpus, the respondent files herewith a Supplemental Answer, which contains copies of the following documents:

1. Docket Sheet, *Commonwealth v. Adilson D. Pires*, Brockton District Court Criminal Action No. 9915-CR-006874;

---

[1] The respondent refers to and incorporates by reference its Motion to Dismiss and accompanying memorandum of law, also filed this day.

2. Defendant's Motion to Revoke Plea and Vacate the Guilty Finding and Set Case for a New Trial;

3. Order Denying Defendant's Motion to Revoke Plea and Vacate the Guilty Finding and Set Case for a New Trial;

4. Brief and Record Appendix for the Defendant-Appellant, *Commonwealth v. Adilson Pires,* Massachusetts Appeals Court No. 2001-P-1259;

5. Brief and Appendix for the Commonwealth, *Commonwealth v. Adilson Pires,* Massachusetts Appeals Court No. 2001-P-1259;

6. *Commonwealth v. Adilson D. Pires,* 56 Mass.App.Ct. 1109 (2002);

7. Application for Further Appellate Review, *Commonwealth v. Adilson Pires,* Supreme Judicial Court No. FAR-13048;

8. *Commonwealth v. Adilson D. Pires,* 438 Mass. 1105 (2003).

## Affirmative Defenses

### First Affirmative Defense

The petition fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The petitioner has failed to exhaust the claim set forth in his petition for a writ of habeas corpus.

### Third Affirmative Defense

The petitioner is not in custody for purposes of 28 U.S.C. § 2254.

### Fourth Affirmative Defense

The petitioner has failed to name the proper party respondent.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Maura D. McLaughlin*
Maura D. McLaughlin (BBO #634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2857

Dated: October 13, 2004

## Certificate of Service

I hereby certify that on October 13, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Adilson Pires, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, Massachusetts 02360.

*/s/ Maura D. McLaughlin*
Maura D. McLaughlin