# United States District Court
# District of Massachusetts

AT&T CORPORATION,

     v.                  CIVIL ACTION NO. 03-11377-RCL

ROBERT G. STOCKARD
RICHARD E. CLARK,
     Defendants.

## *ORDER*

LINDSAY, D.J.

    With the concurrence of Chief Judge Young and Magistrate Judge Sorokin, it is ORDERED that the Order of Reference (#56) entered January 18, 2005 referring defendants' motion for summary judgment (#46) to Magistrate Judge Collings be, and the same hereby is, VACATED.

    It is FURTHER ORDERED that the motion for summary judgment (#46) be, and the same hereby is, REFERRED to

Magistrate Judge Sorokin for the issuance of a report and recommendation.

The Clerk shall prepare and enter the standard form Order of Reference of the motion for summary judgment (#46) to Magistrate Judge Sorokin and note on the docket that the matter is "no longer referred to Magistrate Judge Collings."

_____
REGINALD C. LINDSAY
District Judge

Date: June 2, 2005