UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ADILSON PIRES**

V.                              CIVIL ACTION NO. **04-10377-RCL**

**COMMONWEALTH OF MASS.**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of July 8, 2005, Judgment is hereby entered as follows: Judgment for the Respondent, Commonwealth of Massachusetts dismissing this action.

July 12, 2005                    /s/ Lisa M. Hourihan
                                 Deputy Clerk